UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIO PETACCIA,

    Plaintiff,

v.                          Case No. 96-115-CIV-FTM-17D

MOTEL 6, G.P., INC., ET AL.,

    Defendants.
_____/

## PLAINTIFF PETACCIA'S MOTION TO EXCEED THE PAGE LIMITATION OF LOCAL RULE 3.01

Plaintiff requests that the Court enter an Order granting him leave to file a brief that exceeds the 20 page limitation of Local Rule 3.1. Plaintiff's "Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses and Memorandum Of Points and Authorities in Support Thereof", filed concurrently with this motion, consists of approximately 28 pages, plus exhibits. The additional pages are needed because Plaintiff's motion raises a number of issues regarding his entitlement to attorneys' fees and costs that call for thorough briefing.

For these reasons, Plaintiff requests that the Court enter an Order in the form attached granting him leave to exceed the page limitation of Local Rule 3.01.

### Certificate of Consultation with Opposing Counsel

This certifies that Counsel for Plaintiff has conferred with opposing counsel regarding the issues raised in this motion. Opposing counsel has indicated that Motel 6 is not opposed to

Plaintiff's motion.

                                              /s/ Kent Spriggs
_____
KENT SPRIGGS
Fla. Bar No. 106011
JOHN C. DAVIS
Fla. Bar No. 827770
KESLER T. ROBERTS
Fla. Bar No. 135232
Spriggs Law Firm
324 W. College Ave.
Tallahassee, FL 32301
850/224-8700

Attorneys for Plaintiff Petaccia

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIO PETACCIA,

    Plaintiff,

v.                                 Case No. 96-115-CIV-FTM-17D

MOTEL 6, G.P., INC., ET AL.,

    Defendants.

_____/

## ORDER

Plaintiff Petaccia's Motion to Exceed the Page Limitation of Local Rule 3.01 having been read and considered. Said Motion is hereby GRANTED. Plaintiff may file a brief in support of his Motion for Attorneys' Fees and Litigation Costs that exceeds the page limitation of Local Rule 3.01.

                                                  HENRY L. ADAMS, JR.
                                                  United States District Judge

Order Prepared by:

/s/ Kent Spriggs

KENT SPRIGGS
Fla. Bar No. 106011
JOHN C. DAVIS
Fla. Bar No. 827770
KESLER T. ROBERTS
Fla. Bar No. 135232
Spriggs Law Firm
324 W. College Ave.
Tallahassee, FL 32301

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of hereof has been furnished by U.S. Mail to William O. Bittman, Reed Smith Shaw & Mcclay, 1301 K Street, N.W., East Tower - Suite 1100, Washington, D.C. 20005 and to Charles Wachter, Fowler, White, Gillen, Boggs, Villareal and Banker, P.A. Post Office Box 1438, Tampa, FL 33601 on this 2d day of July, 1998.

_____
Attorney