FILED

UNITED STATES DISTRICT COURT JUN 14 PM 1:59
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIO PETACCIA,
        Plaintiff,

v.                                          Case No. 96-115-CIV-FTM-17D

MOTEL 6 G.P., INC., and
MOTEL 6 OPERATING L.P.,
d/b/a Motel 6,
        Defendants,
_____/

### DEFENDANTS' OPPOSITION TO
### PLAINTIFF'S SUPPLEMENT TO HIS MOTION FOR ATTORNEYS'
### FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

I.     **Introduction**

On July 2, 1998, plaintiff's counsel served its original petition for attorney fees. In August 1998, defendants filed their opposition to the plaintiff's motion asserting the following arguments:

A.     The hourly rates requested by plaintiff's counsel were unreasonably high;

B.     The Court should exclude certain activities which were not relevant to the relief awarded plaintiff Petaccia:

    1.     discovery efforts on behalf of plaintiffs who settled their claims;

    2.     pre-trial time on behalf of other clients;

    3.     counsel's contacts with the Department of Justice;

    4.     travel time to Tampa or Fort Myers from Tallahassee;

C.     There was no basis for enhancement of the fees requested.

94

D.     The Court should not allow reimbursement for certain costs as they do not

fall under the fee statute, 28 U.S.C. § 1920, or even the liberal application

allowed under 42 U.S.C. § 1988.

On May 25, 1999, plaintiff's counsel filed a supplement to the fee petition.  Rather

than reiterate the arguments previously briefed by the defendants, Motel 6 adopts those

arguments cited in its opposition to the plaintiff's original fee petition.  Specifically, Motel

6 urges an adjustment in the requested fees based on the reduced rates stated in its original

opposition and supported by attorney affidavits:

| | |
|---|---|
| Kent Spriggs | $225 rather than $325 |
| John Davis | $170 rather than $200 |
| Kes Roberts | $140 rather than $150 |

Based on these rates, plaintiff's supplemental fee petition should be reduced to $

26,158.11:

## SUMMARY OF SUPPLEMENTAL FEE CALCULATION

<u>Spriggs</u>

| Requested Hours | 10.3 | | | | |
|---|---|---|---|---|---|
| | | @ | Requested rate of $325 | = | $3,347.50 |
| | | @ | Suggested rate of $225 | = | $2,317.50 |

<u>Davis</u>

| Requested Hours | 46.5 | | | | |
|---|---|---|---|---|---|
| | | @ | Requested rate of $200 | = | $9,300 |
| | | @ | Suggested rate of $170 | = | $7,905 |

<u>Roberts</u>

| Requested Hours | 109.4 | | | | |
|---|---|---|---|---|---|
| | | @ | Requested rate of $150 | = | $16,410 |
| | | @ | Suggested rate of $140 | = | $15,316 |

2

<u>Paralegals/Law Clerks</u>
Requested Hours          6.0
                                    @     Requested rate of $75        =          $450
<u>Costs</u>
Requested Costs      $169.61


**<u>TOTAL FEES AND COSTS</u>**     @     Requested rates      =     $ 29,677.11
                                         @     Suggested rates      =     $ 26,158.11

## II.      Conclusion

Given the arguments enumerated in its original opposition and the summary

provided above, Motel 6 requests that the Court reduce the hourly rates suggested by

plaintiff's counsel and deny plaintiff's request for an enhancement.

Respectfully submitted,

Charles Wachter, FBN 509418
Katherine C. Lake, FBN 066941
FOWLER, WHITE, GILLEN, BOGGS,
VILLAREAL AND BANKER, P.A.
Post Office Box 1438
Tampa, Florida  33601
Telephone: 813/228-7411
Facsimile: 813/229-8313

Carl Joseph Coleman, FBN 578207
FOWLER, WHITE, GILLEN, BOGGS,
VILLAREAL AND BANKER, P.A.
2201 Second Street
Ft. Myers, Florida 33901
Telephone: 941/334-7892
Facsimile: 941/334-3240

and

Michael F. Marino
HUNTON & WILLIAMS
1751 Pinnacle Drive, #1700
McLean, VA 22102

Trial Counsel for Defendants

By: _____
CARL JOSEPH COLEMAN
Florida Bar Number: 578207

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing document to be

served by U.S. mail on the following individuals on this 14th day of June, 1999.

Stephen F. Hanlon
Holland & Knight
P.O. Drawer 810
Tallahassee, FL 32302

Neil Chonin
Chonin, Sher & Navarrete, P.A.
95 Merrick Way, Suite 100
Coral Gables, FL 33134-6608

Via Federal Express:

Kent Spriggs
John C. Davis
Spriggs & Davis, P.A.
324 West College Avenue
Tallahassee, FL 32301

_____
CARL JOSEPH COLEMAN
Florida Bar Number: 578207

H:\KCL\MOTEL\FEE\OPP.SUPP.WPD