UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIO PETACCIA, et al., :
　　　　　　　　　　　　　　　　:
　　Plaintiffs,　　　　　　　　　:
　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　: CASE NO. 96-115-CIV-FTM-17D
　　　　　　　　　　　　　　　　:
MOTEL 6 G.P., INC., and　　　　 :
MOTEL 6 OPERATING L.P.,　　　　 :
d/b/a Motel 6,　　　　　　　　　:
　　　　　　　　　　　　　　　　:
　　Defendants,　　　　　　　　　:
_____　:

**JOINT MOTION TO DISMISS PETITION FOR
ATTORNEY'S FEES, TO DISMISS ALL CLAIMS
WITH PREJUDICE, AND RELEASE BOND**

Defendants, MOTEL 6 G.P., INC., and MOTEL 6 OPERATING L.P. d/b/a Motel 6 ("Motel 6"), by and through their undersigned counsel, and Plaintiff, Mario Petaccia ("plaintiff"), by and through his undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and 60(b), hereby move to dismiss the pending attorney's fees petition with prejudice and to vacate the final judgment entered in this matter on June 19, 1998. In support of this motion, the parties state as follows:

1.　This Court entered a final judgment in favor of plaintiff, which Motel 6 appealed to the Eleventh Circuit Court of Appeals.

2.　Plaintiff subsequently filed a petition to assess attorney's fees and costs in this Court, which remains pending before this Court.

3. Motel 6 filed a supersedeas bond and requested a stay of the judgment, which this Court granted.

4. During the course of the appeal, the parties resolved all their differences, and moved to dismiss the appeal. The Eleventh Circuit has now dismissed the appeal.

5. Plaintiff has now released the judgment herein and has agreed and hereby stipulates to vacate and release the judgment in his favor, permanently waive any right of execution on the judgment, and dismiss all claims with prejudice, each side to bear its own costs and fees.

6. Plaintiff and plaintiff's counsel also agreed to dismiss and withdraw any and all requests for attorney's fees and costs.

7. Accordingly, pursuant to Fed. R. Civ. P. 60(b)(5) and (6), the parties request this Court to vacate the final judgment, release the supersedeas bond, permanently enjoin any execution on the judgment, dismiss the petition for attorneys' fees, and dismiss all claims with prejudice, each side to bear its own costs and attorneys' fees.

WHEREFORE, defendants, MOTEL 6 G.P., INC., and MOTEL 6 OPERATING L.P. d/b/a Motel 6, and plaintiff, Mario Petaccia, move this Court for entry of the attached order.

## MEMORANDUM IN SUPPORT

Rule 60(b)(5) and (6) permit this Court to relieve a party from a final judgment or other order when a judgment has been "satisfied, released, or discharged," Rule 60(b)(5), or for "any other reason justifying relief from the operation of the judgment," Rule 60(b)(6). In this case, the parties have resolved all issues in this case and plaintiff has fully released, waived, and relinquished any rights under the judgment entered on or about June 19, 1999. In addition, plaintiff and plaintiff's counsel have agreed to dismiss and withdraw any claim for attorneys' fees or costs. Accordingly, in order to prevent any possible execution on the judgment, to withdraw any claims for attorneys' fees, and to release the supersedeas bond, the parties jointly request that the Court enter the attached order so that this case may be fully and finally resolved.

Respectfully submitted,

Kent Spriggs
John C. Davis
SPRIGGS AND DAVIS LAW FIRM
324 West College Avenue
Tallahassee, Florida 32301-1499
Telephone: (850) 224-8700
Facsimile: (850) 224-8836

Robert M. Ervin, Jr.
J. Stanley Chapman
ERVIN, VARN, JACOBS & ERVIN
Post Office Drawer 1170
Tallahassee, Florida 32302
Telephone: (850) 224-9135
Facsimile: (850) 222-9164

Charles Wachter, FBN 509418
FOWLER, WHITE, GILLEN, BOGGS,
 VILLAREAL AND BANKER, P.A.
Post Office Box 1438
Tampa, Florida  33601
Telephone: 813/228-7411
Facsimile: 813/229-8313

Joseph Coleman, FBN 578207
FOWLER, WHITE, GILLEN, BOGGS,
 VILLAREAL AND BANKER, P.A.
2201 Second Street
Ft. Myers, Florida 33901
Telephone: 941/334-7892
Facsimile: 941/334-3240

Attorneys for Plaintiff

By: _____

and

Michael F. Marino
HUNTON & WILLIAMS
1651 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
(703) 714-7400
(703) 714-7410 (telecopier)

Trial Counsel for Defendants

By: _____
Charles Wachter, FBN 509418

4

Spriggs and Davis Law Firm
324 West College Avenue
Tallahassee, Florida 32301-1499
Telephone: (850) 224-8700
Facsimile: (850) 224-8836


By: _____
John Davis, Esquire



By: _____
Richard E. Johnson, Esuqire
314 W. Jefferson St,
Tallahassee, FL 32301-1608
Telephone: (850) 425-1997
Facsimile: (850) 561-0836

5A

Spriggs and Davis Law Firm
324 West College Avenue
Tallahassee, Florida 32301-1499
Telephone: (850) 224-8700
Facsimile: (850) 224-8836

By: _____
John Davis, Esquire


By: _____
Richard E. Johnson, Esquire
314 W. Jefferson Street
Tallahassee, FL 32301-1608
Telephone: (850) 425-1977
Facsimile: (850) 561-0836

5B